UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINUS ARULIAH,<br><br>    Plaintiff,<br><br>    v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03673-JD<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' proposed filing and briefing schedule. The proposed timeline for the initial stage of this litigation is far too long. Here is the schedule that the Court orders:

1. Lead Plaintiff(s) will have 21 days after entry of an order appointing Lead Plaintiff(s) to file and serve a consolidated or amended complaint or to notify Defendants that they will proceed on the original complaint. Defendants do not need to respond to the complaint until plaintiff makes the election;

2. Defendants will file and serve an answer or other response within 30 days of service of the consolidated or amended complaint or after notification by lead Plaintiff(s) that they will stand on the original complaint;

3. Lead Plaintiff(s) will file and serve any opposition to Defendants' motion to dismiss within 30 days of service;

4. Defendants will file and serve a reply brief in support of the motion to dismiss within 14 days of service of any opposition brief;

5. A case management conference will follow the motion to appoint lead plaintiff hearing on November 19, 2014. The parties will file a joint case management statement by November 12, 2014.

**IT IS SO ORDERED**.

Dated: October 17, 2014

_____
JAMES DONATO
United States District Judge