| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Peter A. Wald (Bar No. 85705) |
| 2 | Marcy C. Priedeman (Bar No. 258505) |
| | *peter.wald@lw.com* |
| 3 | *marcy.priedeman@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, California |
| | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095 |
| 6 | |
| | Patrick E. Gibbs (Bar No. 183174) |
| 7 | *patrick.gibbs@lw.com* |
| | 140 Scott Drive |
| 8 | Menlo Park, California 94025-1008 |
| | Telephone: (650) 328-4600 |
| 9 | Facsimile: (650) 463-2600 |
| 10 | |
| 11 | Attorneys for Defendants |
| | IMPAX LABORATORIES, INC., LARRY HSU, G. |
| 12 | FREDERICK WILKINSON and BRYAN M. REASONS |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LINUS ARULIAH, Individually and on Behalf of All Others Similarly Situated, | Case No.: 14-cv-03673-JD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Class Action |
| IMPAX LABORATORIES, INC., LARRY HSU, G. FREDERICK WILKINSON and BRYAN M. REASONS | |
| Defendants. | |

Defendants Impax Laboratories, Inc., Larry Hsu, Frederick Wilkinson and Bryan M. Reasons ("Defendants") file this Notice with the consent of Lead Plaintiff KBC Asset Management NV (collectively, the "Parties").  Defendants notify the Court that the Parties engaged in a mediation that resulted in an agreement-in-principle to settle this action, subject to the approval of the Court.  The Parties will complete the Stipulation of Settlement and then file a motion for preliminary approval of the settlement.  The Parties are concurrently filing a Stipulation to vacate the current case schedule, including Defendants' currently scheduled date of January 23, 2015, to respond to the Amended Complaint.  *See* Dkt. No. 50.

The Parties are available at the Court's convenience to address any questions or to provide the Court with further information.

DATED:  January 16, 2015

**LATHAM & WATKINS LLP**

By:  /s/ Peter A. Wald
        Peter A. Wald

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
505 Montgomery St., Suite 2000
San Francisco, California  94111
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
peter.wald@lw.com
marcy.priedeman@lw.com

and

Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-1008
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
patrick.gibbs@lw.com

*Counsel for Defendants Impax Laboratories, Inc., Larry Hsu, G. Frederick Wilkinson, and Bryan M. Reasons*