# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LINUS ARULIAH, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IMPAX LABORATORIES, INC., LARRY HSU, G. FREDERICK WILKINSON, and BRYAN M. REASONS,<br><br>　　　　　　　　　　　　　Defendants. | No. 3:14-cv-03673-JD<br><br>[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF NET SETTLEMENT FUND |

THIS MATTER having come before the Court on November 24, 2015 on the motion of the Lead Plaintiff for approval of the Settlement set forth in the Stipulation of Settlement dated May 27, 2015 (the "Stipulation") and the Plan of Allocation; the Court having considered all papers filed and proceedings held and otherwise being fully informed;

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice was directed to persons and entities who are Class Members advising them of the Plan of Allocation and of their right to object to it, and a full and fair opportunity was accorded to persons and entities who are Class Members to be heard with respect to the Plan of Allocation.

2. The Court finds and concludes that the Plan of Allocation for the calculation of the claims of Authorized Claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") disseminated to Class Members provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

3. The Court finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair and reasonable and the Court approves the Plan of Allocation.

Dated: December 21, 2015

_____
The Honorable James Donato
United States District Judge